### JOHNSON ET AL. v. FIELD.

Motion for Mandamus, upon same state of facts substantially.

For the reasons assigned in the preceding case, the application must be denied.

*Mandamus denied.*